[No. 24247-1-III. Division Three. November 8, 2005.]

*In the Matter of the Personal Restraint of* JOHN BILL FLETCHER, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 22677-8-III. Division Three. November 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LUTHER HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-01003-6, Dennis D. Yule, J., entered January 9, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.

[No. 22678-6-III. Division Three. November 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LUTHER HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-01152-1, Carolyn A. Brown, J., entered December 21, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.

[No. 53806-3-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEM KASSA GUGSA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-08131-7, Michael Hayden, J., entered February 9, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.